■ SARA CREEK PROPERTY COMPANY, B.V., Appellant, v TEEPEEDASHERY OF SOUTH HILLS MALL, INC., et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Dutchess County (Jiudice, J.), rendered December 20, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Jiudice at the Supreme Court. Lawrence, J. P., Rubin, Sullivan and Balletta, JJ., concur.